## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TARIK LAWRENCE GRAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PATRICK LABAT et al.,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-03610-ELR |

### J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and the court having adopted said recommendation, it is

**Ordered and adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §1915A(b)(1).

Dated at Atlanta, Georgia, this 9th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/A. White
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 9, 2025
Kevin P. Weimer
Clerk of Court

By:　s/A. White
　　　Deputy Clerk